# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Baeza, Gilberto Gil-Alcala, Ramon Cuen-Tonori, Armando Garibay, Jose Gonzalez, Reynaldo Guerra, and Francisco Martinez, Eliseo Ayon Castro,<br><br>        Plaintiffs,<br><br>v.<br><br>S & H Farm Labor, L.L.C.;<br>Salvador Urenas, an individual; and<br>Hermila Urenas, an individual<br><br>        Defendants. | Case No. CV 10-1151 PHX TMB<br><br>**ORDER ON APPLICATION FOR DEFAULT JUDGMENT** |

Having reviewed Plaintiffs' Application for Default Judgment and related documents,

IT IS SO DECLARED that Defendants willfully violated Plaintiffs' rights under § 1981 and the FLSA and intentionally violated Plaintiffs' rights under the AWPA and the Arizona Wage and thus,

IT IS SO ORDERED that the below Plaintiffs are awarded the below amounts:

| | |
|---|---|
| Gabriel Baeza: | $11,457.20 |
| Gilberto Gil Alcala: | $ 3,663.00 |
| Ramon Cuen: | $ 8,153.00 |
| Armando Garibay: | $ 4,926.60 |
| Jose Gonzalez: | $ 4,926.60 |

| | |
|---|---|
| Reynaldo Guerra: | $ 8,943.20 |
| Francisco Martinez: | $ 5,854.40 |
| Eliseo Ayon Castro: | $ 6,208.50 |

Additionally, Plaintiffs will be awarded their costs and attorney fees.

Dated this 7th day of May, 2012.

/s/ Timothy M. Burgess
Honorable Timothy M. Burgess
United States District Judge